# ALABAMA COURT OF CRIMINAL APPEALS



September 20, 2024

**CR-2022-1276**
James Calvin Crummie, Jr. v. State of Alabama (Appeal from Tuscaloosa Circuit Court: CC-20-1181)

# <u>NOTICE</u>

You are hereby notified that on September 20, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk